UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**                                    **DATE: 1/15/2026**
**United States Magistrate Judge**

                                                                 **TIME: 11:45 AM**

**DOCKET NO: 24-6113 (NJC) (ARL)**

**CASE: Maldonado v. Doz Bagels Inc. et al**

    \_\_\_\_\_  **INITIAL CONFERENCE**
    \_\_\_\_\_  **STATUS CONFERENCE**                          **BY TELEPHONE\_\_\_\_\_**
    \_\_\_\_\_  **SETTLEMENT CONFERENCE**
    \_\_\_\_\_  **SCHEDULING CONFERENCE**
  **X**    **FAIRNESS HEARING**

    **APPEARANCES:**
      **FOR PLAINTIFF:**                            **FOR DEFENDANTS:**
      **Matthew John Farnworth**                    **Douglas E. Rowe**

**The following rulings were made:**

    Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Stipulation of Dismissal is approved. Accordingly, the Clerk of Court is respectfully directed to mark this matter closed.

**SO ORDERED:**
_____**/s/**_____
